

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------- x

NARIMAN PHILOBOS,

               Plaintiff,

    - against -

MAC PROPERTY MANAGEMENT, LLC,

               Defendant.

------------------------------------- x

Case No.: 18 Civ. 06708

Electronically Filed

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nariman Philobos, by and through her counsel, Todd Krakower, Krakower DiChiara, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendant Mac Property Management, LLC.

Dated: September 28, 2018

                                             KRAKOWER DICHIARA

                                             Todd Krakower, Esq.
                                             *Attorneys for Plaintiff Nariman Philobos*
                                             77 Market Street, Suite 2
                                             Park Ridge, New Jersey 07656
                                             (347) 765-1600

**SO ORDERED:** _____

**DATED:** 10/4/18

FIRM:46920842